# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF RESIGNATION
OF MELANIE ANDRESS-TOBIASSON.

No. 82830



**FILED**

MAY 14 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on April 29, 2021, with the filing of a Certified Copy of Stipulation and Order of Consent to Resignation and Resolution of all Pending Matter Involving Commission and Respondent. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 28(2) (upon the filing of adoption and filing of a decision, the commission must file a certified copy of the decision with the clerk of the Supreme Court). Respondent did not subsequently file a notice of appeal with the clerk of the commission. *See* PRJDC 34(2); NRAP 3D(d). Accordingly, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.

cc:    Melanie Andress-Tobiasson
       Nevada Commission on Judicial Discipline
       Fennemore Craig, P.C./Las Vegas

 
21-14039